Michael Li-Ming Wong (SBN 194130)
Thad A. Davis (SBN 220503)
Amy E. Craig (SBN 269339)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA  94111-4006
Telephone (415) 315-6300
Fax (415) 315-6350
*Attorneys for Defendant*

Timothy J. Lucey
Assistant United States Attorney
Criminal Division
450 Golden Gate Avenue, Box 36055
11th Floor, Federal Building
San Francisco, California 94102-3495
Telephone: (415) 436-7152
Fax:  (415) 436-7234

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT

| | |
|---|---|
| United States of America<br><br>v.<br><br>Alvin K. Ono | Case No. CR 10-0371-WHA<br><br>**STIPULATION AND REQUEST FOR ORDER CHANGING TIME AND [~~PROPOSED~~] ORDER**<br><br>Date:  N/A<br>Time:  N/A<br>Place:  Courtroom E, Fifteenth Floor<br><br>Magistrate Judge Elizabeth D. Laporte |

1

1

2     All parties to this action will stipulate and respectfully request that the Court vacate the

3     bail hearing currently scheduled for August 13, 2010, in the above-captioned matter.   The

      parties have agreed to vacate the hearing pursuant to the following conditions:

4          1.     All of the conditions of release set forth at Mr. Ono's bail hearing on August 9,

5     2010, shall remain in effect until further order of the Court.

6          2.     Defendant Ono will post a total of $25,000 in cash with the Clerk's Office on or

7     before August 17, 2010, at 4:00 p.m., as security for his release.

8          The parties anticipate setting further bail hearing on the week of August 23, 2010, on the

9     Court's regular morning criminal calendar.   The parties will promptly inform the Court of a

10    proposed hearing date.

11

12

13        Dated:  August 12, 2010          **ROPES & GRAY LLP**

14

15                                         By   /s/ *Michael L. Wong*_____
                                                 THAD A. DAVIS
16                                               MICHAEL LI-MING WONG
                                                 AMY E. CRAIG
17                                               Attorneys for Defendant

18

19

20

21

22        Dated:  August 12, 2010          **UNITED STATES OF AMERICA**

23                                         By   /s/ *Timothy J. Lucey*_____
                                                 TIMOTHY J. LUCEY
24                                               Assistant United States Attorney

25

26

                                          2

STIPULATION AND [~~PROPOSED~~] ORDER RE CHANGING TIME  - Case No. CR 10-0371-WHA

1

[PROPOSED ORDER]

2

PURSUANT TO STIPULATION, IT IS SO ORDERED

3

4    Dated: __August 13,_____, 2010        _Elizabeth D. Laporte_____

5                                             Honorable Elizabeth D. Laporte
                                              United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER RE CHANGING TIME  - Case No. CR 10-0371-WHA

**CERTIFICATION BY MICHAEL LI-MING WONG PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1.      I am a lawyer licensed to practice law in the State of California and am a partner in the law firm of Ropes & Gray LLP, counsel for defendant Alvin K. Ono. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2.      The above e-filing document contains multiple signatures.   I declare that concurrence has been obtained from each of the other signatories to file this document with the Court.  Pursuant to Northern District of California General Order 45(X), I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on August 12, 2010.


___/s/ *Michael Li-Ming Wong*_
                    Michael Li-Ming Wong

STIPULATION AND [PROPOSED] ORDER RE CHANGING TIME  - Case No. CR 10-0371-WHA