IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALVIN ONO,<br><br>    Defendant.<br>                                    / | No. C 10-00371 WHA<br><br>**SCHEDULING ORDER** |

      As stated at the hearing on the government's appeal of the conditions of defendant's pretrial release, the following dates are now set in this action:

    December 1, 2010:    deadline for defendant's motion(s) to dismiss

    December 13, 2010:    deadline for opposition to defendant's motion(s)

    December 16, 2010:    deadline for reply in support of defendant's motion(s)

    December 17, 2010:    deadline for government production of discovery and expert report(s) and disclosure of Rule 404(b) material

    December 21, 2010, at 2:00 p.m.:    hearing on motion(s) to dismiss

    January 24, 2011, at 2:00 p.m.:    pretrial conference

    January 31, 2011, at 7:30 a.m.:    trial

The motion hearing previously set for January 25, 2011, is vacated.

    **IT IS SO ORDERED.**

Dated: November 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE