1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10 - 371 WHA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER GRANTING UNITED STATES' APPEAL OF CONDITIONS OF DEFENDANT'S PRETRIAL RELEASE |
| ALVIN ONO, | ) | |
| Defendant. | ) | |

The United States' Appeal of Conditions of Defendant's Pretrial Release came on for a hearing before the Honorable William H. Alsup on Friday, November 19, 2010, at 10:00 a.m., with appearances by Assistant United States Attorney Timothy J. Lucey and Michael Li-Ming Wong, Esq., for the defendant Alvin Ono.

Having heard and considered the written submissions and oral arguments of the parties and having consulted with Pre Trial Services, and for good cause showing, the Court enters the following Order:

The United States' Appeal is hereby **GRANTED**.  The order entered by Magistrate Judge Elizabeth D. Laporte on September 30, 2010, permitting the defendant Alvin Ono to reside and

1   travel outside the United States is hereby **VACATED**.  The defendant shall not be permitted to
2   reside or travel outside of the United States without the prior authorization and approval of this
3   Court.
4         The defendant, however, is granted permission by this Court to travel within the
5   jurisdiction and sovereignty of the United States, including the island of Guam, so long as such
6   travel is for legitimate business and employment purposes and the defendant provides prior
7   notice of and particulars of such travel to Pre Trial Services.  The other terms and conditions of
8   defendant's bond remain unchanged.
9         **IT IS SO ORDERED.**

11  DATED:  November 23, 2010.

    _____
    HON. WILLIAM H. ALSUP
    United States District Court