IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ALVIN ONO,

    Defendant.
                                /

No. C 10-00371 WHA

**ORDER VACATING HEARING ON DECEMBER 21, 2010**

    Since no motion was filed, the hearing on December 21, 2010, at 2:00 p.m., is **VACATED**, unless counsel contact the Court's Deputy Clerk to keep the hearing on calendar for some other purpose.

    **IT IS SO ORDERED.**

Dated: December 15, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE