1    MICHAEL LI-MING WONG, SBN 194130
        mwong@gibsondunn.com
2    THAD A. DAVIS, SBN 220503
        tadavis@gibsondunn.com
3    KYLE A. WITHERS, SBN 269459
        kwithers@gibsondunn.com
4    GIBSON, DUNN & CRUTCHER LLP
     555 Mission Street, Suite 3000
5    San Francisco, CA 94105-0921
     Telephone: 415.393.8200
6    Facsimile:  415.393.8306

7    Attorneys for Defendant ALVIN K. ONO

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11   UNITED STATES OF AMERICA,            CR 10-0371-WHA

12                    Plaintiff,

13          v.                            **DEFENDANT ALVIN K. ONO'S MOTION
                                          TO RELEASE UNDER SEAL RECORDS TO
14   ALVIN K. ONO,                        DEFENDANT'S COUNSEL**

15                    Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

DEFENDANT'S MOTION TO RELEASE UNDER SEAL RECORDS TO DEFENDANT'S COUNSEL;
CASE NO. CR 10-0371-WHA

# DEFENDANT'S ADMINISTRATIVE MOTION TO RELEASE UNDER SEAL RECORDS TO DEFENDANT'S COUNSEL

Defendant Alvin K. Ono ("Defendant") hereby requests that the Court order the release to Defendant's counsel certain under seal records filed by the Court in the present action so that Counsel may keep accurate records of court proceedings as they pertain to Defendant.  Defendant requests that the records otherwise remain under seal for all purposes as they contain sensitive information.

Defendant moves for the release of the following under seal documents to Defendant's counsel:

1.  Docket Entry 49: January 29, 2013 Sealed Document as to Alvin Ono;

2.  Docket Entry 50: January 29, 2013 Sealed Document as to Alvin Ono;

3.  Docket Entry 51: January 29, 2013 Sealed Document as to Alvin Ono;

4.  Docket Entry 52: January 29, 2013 Sealed Document as to Alvin Ono;

5.  Docket Entry 53: January 29, 2013 Sealed Document as to Alvin Ono;

6.  Docket Entry 54: January 29, 2013 Sealed Document as to Alvin Ono;

7   Docket Entry 55: January 29, 2013 Sealed Document as to Alvin Ono;

8.  Docket Entry 56: January 29, 2013 Sealed Document as to Alvin Ono;

9. Docket Entry 57: January 29, 2013 Sealed Document as to Alvin Ono;

10. Docket Entry 58: January 29, 2013 Sealed Document as to Alvin Ono;

11: Docket Entry 59: February 6, 2013 Sealed Document as to Alvin Ono;

12. Docket Entry 60: January 29, 2013 Sealed Document as to Alvin Ono;

13. Docket Entry 61: February 6, 2013 Sealed Document as to Alvin Ono;

14. Docket Entry 62: February 6, 2013 Sealed Document as to Alvin Ono;

15. Docket Entry 63: February 6, 2013 Sealed Document as to Alvin Ono; and

16. Docket Entry 64: July 12, 2013 Sealed Document as to Alvin Ono.

1 | Dated:  October 3, 2013

2 | MICHAEL LI-MING WONG
THAD A. DAVIS
3 | KYLE A. WITHERS
GIBSON, DUNN & CRUTCHER LLP

4 |

5 | By____/s/Michael Li-Ming Wong_____

6 | Michael Li-Ming Wong

7 | Attorneys for Defendant ALVIN K. ONO

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

DEFENDANT'S MOTION TO RELEASE UNDER SEAL RECORDS TO DEFENDANT'S COUNSEL
CASE NO. CR 10-0371-WHA

1

**CERTIFICATE OF SERVICE**

2

I, Ariella Jones, declare as follows:

3

I am employed in the County of San Francisco, State of California, I am over the age of
eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite
3000, San Francisco, CA 94105-0921, in said County and State.  On October 3, 2013, I served the
following documents:

4

5

6

**DEFENDANT'S MOTION TO RELEASE UNDER SEAL RECORDS TO
DEFENDANT'S COUNSEL**

7

**JOINT STIPULATION IN SUPPORT OF DEFENDANT'S MOTION TO
RELEASE UNDER SEAL RECORDS TO DEFENDANT'S COUNSEL**

8

9

**[PROPOSED] ORDER RE DEFENDANT'S MOTION TO RELEASE UNDER
SEAL RECORDS TO DEFENDANT'S COUNSEL**

10

on the parties stated below, by the following means of service:

11

Timothy J. Lucey
Assistant United States Attorney
Northern District of California
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (415) 436-7200

12

13

14

15

☑   **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM:**  On this date, I electronically uploaded a
true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District
Court's Case Management and Electronic Case Filing (CM/ECF) system.  After the electronic filing of a
document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the
registered CM/ECF users.

16

17

18

19

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing
document was printed on recycled paper, and that this Certificate of Service was executed by me on
October 3, 2013, at San Francisco, California.

20

21

22

Ariella Jones

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

CERTIFICATE OF SERVICE; CASE NO. CR 10-0371-WHA