MICHAEL LI-MING WONG, SBN 194130
  mwong@gibsondunn.com
THAD A. DAVIS, SBN 220503
  tadavis@gibsondunn.com
KYLE A. WITHERS, SBN 269459
  kwithers@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

Attorneys for Defendant ALVIN K. ONO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALVIN K. ONO,<br><br>    Defendant. | CR 10-0371-WHA<br><br>**JOINT STIPULATION IN SUPPORT OF DEFENDANT'S MOTION TO RELEASE UNDER SEAL RECORDS TO DEFENDANT'S COUNSEL** |

# JOINT STIPULATION IN SUPPORT OF DEFENDANT'S MOTION TO RELEASE UNDER SEAL RECORDS TO DEFENDANT'S COUNSEL

Defendant Alvin K. Ono ("Defendant") and the Government hereby submit this stipulation, pursuant to Civil Local Rule 7-11(b), in support of Defendant's Motion to Release Under Seal Records to Defendant's Counsel so that Counsel may keep accurate records of court proceedings as they pertain to Defendant. The parties understand that Defendant's Motion requests the release of the following orders to Defendant's counsel but does not otherwise change the under seal status of the orders:

1. Docket Entry 49: January 29, 2013 Sealed Document as to Alvin Ono;
2. Docket Entry 50: January 29, 2013 Sealed Document as to Alvin Ono;
3. Docket Entry 51: January 29, 2013 Sealed Document as to Alvin Ono;
4. Docket Entry 52: January 29, 2013 Sealed Document as to Alvin Ono;
5. Docket Entry 53: January 29, 2013 Sealed Document as to Alvin Ono;
6. Docket Entry 54: January 29, 2013 Sealed Document as to Alvin Ono;
7. Docket Entry 55: January 29, 2013 Sealed Document as to Alvin Ono;
8. Docket Entry 56: January 29, 2013 Sealed Document as to Alvin Ono;
9. Docket Entry 57: January 29, 2013 Sealed Document as to Alvin Ono;
10. Docket Entry 58: January 29, 2013 Sealed Document as to Alvin Ono;
11. Docket Entry 59: February 6, 2013 Sealed Document as to Alvin Ono;
12. Docket Entry 60: January 29, 2013 Sealed Document as to Alvin Ono;
13. Docket Entry 61: February 6, 2013 Sealed Document as to Alvin Ono;
14. Docket Entry 62: February 6, 2013 Sealed Document as to Alvin Ono;
15. Docket Entry 63: February 6, 2013 Sealed Document as to Alvin Ono; and
16. Docket Entry 64: July 12, 2013 Sealed Document as to Alvin Ono.

Dated: October 3, 2013

MICHAEL LI-MING WONG
THAD A. DAVIS
KYLE A. WITHERS
GIBSON, DUNN & CRUTCHER LLP


By  /s/Michael Li-Ming Wong
Michael Li-Ming Wong

Attorneys for Defendant ALVIN K. ONO


TIMOTHY J. LUCEY
ASSISTANT U.S. ATTORNEY


By  /s/Timothy J. Lucey (with permission)
Timothy J. Lucey

Attorney for the United States