MICHAEL LI-MING WONG, SBN 194130
  mwong@gibsondunn.com
THAD A. DAVIS, SBN 220503
  tadavis@gibsondunn.com
KYLE A. WITHERS, SBN 269459
  kwithers@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

Attorneys forDefendant ALVIN K. ONO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ALVIN K. ONO,<br><br>          Defendant. | CR 10-0371-WHA<br><br>DECLARATION OF ALVIN K. ONO IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION FOR RETURN OF PASSPORT FROM PRETRIAL SERVICES |

I, Alvin K. Ono, declare as follows:

1.      I submit this declaration in support of Defendant's Unopposed Motion for Return of Passport from Pretrial Services.  Based on my personal knowledge and review of the attached documents, I am fully competent to testify to the facts set forth herein.

2.      On October 8, 2013, I delivered a presentation to 54 Army cadets at the University of Illinois at Chicago, ROTC.

Gibson, Dunn &
Crutcher LLP

3.       Attached hereto as *Exhibit A* is a true and correct copy of a letter from Captain Christopher Cole, Executive Officer, U.S. Army Battalion, certifying the date and attendance at the presentation.

4.       On October 15, 2013, I delivered a presentation to 15 U.S. Army cadets at DePaul University's ROTC program.

5.       Attached hereto as *Exhibit B* is a true and correct copy of a letter from Marc Westenbarger, Senior Instructor, U.S. Army ROTC Battalion, certifying the date and attendance at the presentation.

I declare under penalty of perjury under the laws of the United States of America and the State of Illinois that the foregoing is true and correct.

Dated:  October 21, 2013

ALVIN K. ONO

ONO DECLARATION IN SUPPORT OF DEFENDANT'S MOTION FOR RETURN OF PASSPORT
CR 10-0371-WHA

# Exhibit A



**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY BATTALION
UNIVERSITY OF ILLINIOS-CHICAGO
728 WEST ROOSEVELT ROAD (M/C 252)
CHICAGO, ILLINOIS 60607-4920

ATOW-IIL-IC                                                    Date: 8 October 2013

MEMORANDUM FOR RECORD

SUBJECT: Mr. Alvin Ono Presentation

1. This is to certify that the Mr. Alvin Ono conducted a presentation to 54 Cadets at the University of Illinois at Chicago ROTC located at 728 W Roosevelt Road, Chicago, Illinois, 60607 on 8 October, 2013.

2. POC for this action is the undersigned at (312) 413-0894 or email: christopher.j.cole12.mil@mail.mil.

CHRISTOPHER J. COLE
CPT, SC
Executive Officer



**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY BATTALION
UNIVERSITY OF ILLINIOS-CHICAGO
728 WEST ROOSEVELT ROAD (M/C 252)
CHICAGO, ILLINOIS 60607-4920

ATOW-IIL-IC                                                     Date: 8 October 2013

MEMORANDUM FOR RECORD

SUBJECT:  Mr. Alvin Ono Presentation

1. This is to certify that the Mr. Alvin Ono conducted a presentation to 54 Cadets at the University of Illinois at Chicago ROTC located at 728 W Roosevelt Road, Chicago, Illinois, 60607 on 8 October, 2013.

2. POC for this action is the undersigned at (312) 413-0894 or email: christopher.j.cole12.mil@mail.mil.

_CHRISTOPHER J. COLE
CPT, SC
Executive Officer

# Exhibit B



**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY ROTC BATTALION
LOYOLA UNIVERSITY
1144 WEST LOYOLA AVE
CHICAGO, ILLINOIS 60626

ATCC-CCI-LUC

15 OCT 15

MEMORANDUM FOR: RECORD

SUBJECT: Court Ordered Briefing

1. On 15 OCT 15, Mr. Alvin Ono conducted a brief to Cadets at DePaul University's Army ROTC Program which encompassed his felony statement and a presentation. It included a timeline of events for his actions as well as historical examples of military officials guilty of numerous felony charges.

2. His brief lasted approximately 20 minutes and was given to 15 cadets.

3. POC for this memorandum is Sergeant First Class Marc A. Westenbarger at 773-325-4472 or mwesten1@depaul.edu.

MARC A WESTENBARGER
SFC, USA
Senior Military Instructor