MICHAEL LI-MING WONG, SBN 194130
  mwong@gibsondunn.com
THAD A. DAVIS, SBN 220503
  tadavis@gibsondunn.com
KYLE A. WITHERS, SBN 269459
  kwithers@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

Attorneys for Defendant ALVIN K. ONO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>ALVIN K. ONO,<br><br>                    Defendant. | CR 10-0371-WHA<br><br>DEFENDANT ALVIN K. ONO'S PROGRESS REPORT AND UNOPPOSED MOTION TO REMOVE HEARING OF NOVEMBER 19, 2013 FROM THE COURT'S CALENDAR |

Defendant Alvin K. Ono ("Mr. Ono") is pleased to report to the Court that he has now fulfilled the entire speaking requirement that the Court imposed on him in connection with his sentence in the above-captioned matter.

The Court previously set this matter for a hearing on November 19, 2013, for Mr. Ono to give a report on the progress of his public speaking. Mr. Ono respectfully requests that the Court accept a written progress report and hereby moves to remove the matter from calendar. The United States has indicated that it does not oppose this motion.

On January 29, 2013, this Court imposed a sentence that included, as a special condition of supervised release, that Mr. Ono speak to a minimum of 100 people about his journey through the criminal process.

In October 2013, Mr. Ono made the following public presentations:

| Date: | Description: | Attendees: |
| --- | --- | --- |
| October 8, 2013 | Presentation to U.S. Army cadets enrolled at Reserve Officer Training Corps ("ROTC") program at the University of Illinois at Chicago | 54 |
| October 15, 2013 | Presentation to U.S. Army ROTC cadets at DePaul University | 15 |
| October 29 & 31, 2013 | Presentation to U.S. Army ROTC cadets at University of Loyola at Chicago | 40 |
| Total | | 109 |

The letters from U.S. Army officers attached to this Report confirm Mr. Ono's speaking. In addition, Mr. Ono kept his Chicago-based Probation Officer apprised of his progress, and the Probation Officer attended some or all of the presentations.

In each of his presentations, Mr. Ono employed the slides appended to this Report, which incorporates the prefatory language suggested by the Court during sentencing, and provides a detailed description of Mr. Ono's experience with the criminal justice system as a cautionary tale.

Mr. Ono believes he has satisfactorily completed the primary requirements of this Court's sentence and remains on track to complete his term of supervisory release without incident. Accordingly, and to spare himself the expense of a trip to the Bay Area, Mr. Ono respectfully requests that the Court order that the check-in hearing of November 19, 2013, be removed from calendar.

Dated:  November 6, 2013

                Respectfully submitted,
                MICHAEL LI-MING WONG
                GIBSON, DUNN & CRUTCHER LLP


                By:  /s/ Michael Li-Ming Wong
                     Michael Li-Ming Wong

                Attorney for Defendant ALVIN K. ONO